IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 317-001 |
| | ) | |
| GEORGE MACK BIRD, III | ) | |

_____

**O R D E R**

_____

In the Joint Status Report, counsel informed the Court they were unable to resolve several pretrial motions. (Doc. no. 58.) Upon review of the unresolved motions referred to the undersigned, the Court instructed Defendant to provide supplemental information and allowed the government time to respond to Defendant's updated filings. (See doc. no. 61.) Having reviewed record, the Court will hold the following hearings on Wednesday, August 23, 2017, starting at 10:30 a.m., at J. Roy Rowland Federal Courthouse, Courthouse Square, 100 Franklin Street in Dublin, Georgia.

The Court will hear *oral argument only* on each of the following motions:

- Motion to Dismiss                                                          Doc. no. 26

- Motion to Compel Access to Voluminous Information    Doc. no. 37

- Motion to Suppress Illegally Obtained Evidence –           Doc. no. 41
    Storage Unit 77

- Motion for Hearing Pursuant to Franks v. Delaware         Doc. nos. 42, 63

The Court will hold an *evidentiary* hearing on the following motions:

- Motion to Suppress Defendant's Statements        Doc. nos. 27, 62

- Motion to Suppress Illegally Obtained Evidence –        Doc. no. 40
  821 Plaza Drive, Eastman, Georgia

SO ORDERED this 16th day of August, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA